# United States District Court
# Central District of California

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>      Plaintiff,<br><br>      v.<br><br>AJAX FORGE CO.; and DOES 1 through 10,<br><br>      Defendants. | Case No. 2:17-CV-02066-ODW(GJS)<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND DENYING AS MOOT PLAINTIFF'S REQUEST FOR CLERK OF COURT TO ENTER DEFAULT [11]** |

      On June 5, 2017, Plaintiff filed a request for the Clerk of Court to enter default against Defendant Ajax Forge Company ("Ajax"). (ECF No. 11.) Later in the day, counsel for Ajax contacted Plaintiff and the parties agreed to a June 30, 2017 extension for Ajax to file a responsive pleading. (Stip. 2, ECF No. 12.) Accordingly, the Court **DENIES** Plaintiff's request for the clerk to enter default as **MOOT** and allows Ajax until June 30, 2017, to file a responsive pleading in this matter. Plaintiff

may refile its request should Defendant fail to a responsive pleading by the agreed upon date.

**IT IS SO ORDERED.**

June 6, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**