Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Arthur Pugsley (State Bar No. 252200)
Melissa Kelly (State Bar No. 300817)
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178
Email: arthur@lawaterkeeper.org
Email: melissa@lawaterkeeper.org

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AJAX FORGE CO., a corporation,<br><br>Defendants. | Case No. 2:17-cv-02066-ODW-GJS<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO SET OSC RE: [PROPOSED] CONSENT DECREE**<br><br>**[PROPOSED] ORDER SUBMITTED HEREWITH** |

TO THE HONORABLE COURT:

Plaintiff LOS ANGELES WATERKEEPER ("Waterkeeper" or "Plaintiff") and Defendant AJAX FORGE CO. ("Ajax" or "Defendant") in the above captioned matter (collectively the "Parties") have reached settlement of all claims in this action and have agreed to language of a [Proposed] Consent Decree.  The settlement is contingent upon (i) expiration of the 45-day agency review period as required by the federal Clean Water Act, and (ii) entry of the [Proposed] Consent Decree by the Court.

In accordance with the federal Clean Water Act, no order disposing of this action may be entered prior to 45 days following receipt of the [Proposed] Consent Decree by the relevant federal agencies, including the United States Department of Justice and the National and Region IX offices of the United States Environmental Protection Agency.[1]  The [Proposed] Consent Decree was just certified mailed to the federal regulatory agencies, and their review period will end on or about February 26, 2018, at which point the Parties will file the [Proposed] Consent Decree with the Court for its review and approval.  If any of the reviewing agencies object to the [Proposed] Consent Decree, the Parties will require additional time to meet and confer to attempt to resolve any concerns raised by those agencies.

Consequently, and for good cause appearing, the Parties respectfully request that the Court set March 7, 2018 or as soon thereafter as is convenient for the Court as a date for an Order to Show Cause re: Entry of the [Proposed] Consent Decree. The Parties stipulate and agree that all other deadlines in this matter can be vacated.

/ / /

---

[1]   *See* 33 U.S.C. § 1365(c) ("No consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."); *see also* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the Court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

NOTICE OF SETTLEMENT

1    A [Proposed] Order is submitted herewith.

2    Dated: December 27, 2017           LAW OFFICE OF GIDEON KRACOV

3

4

5

6    By:    _____

7           Gideon Kracov
             Attorney for Plaintiff
8           Los Angeles Waterkeeper

9    Dated: December 27, 2017           MICHEL & ASSOCIATES

10

11   By:
            /s/ per Local Rule 5-4.3.4
12          _____

13          W. Lee Smith
            Attorney for Defendant Ajax Forge Co.

14

15   Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the

16   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

17   content and have authorized the filing.

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2   I, Gideon Kracov, being duly sworn, deposes and says:

3   I am a citizen of the United States and work in Los Angeles County, California.  I am over the age

4   of eighteen years and am not a party to the within entitled action.  My business address is: 801 S.
    Grand Ave., 11th Fl., LA, CA 90017.  On 12/27, I served this list of persons with the following

5   document(s):  **Notice of Settlement; Proposed Order re Same**

6   The document(s) was served on:

7   W Lee Smith
    Michel & Assoc.
8   180 E. Ocean Bl. Suite 120
9   Long Beach, CA 90802

10  LSMITH@MICHELLAWYERS.COM

11  ATTY FOR Ajax Forge Co.

12  _X_             by transmitting via electronic mail the document(s) listed above to the e-mail
13                  addresses set forth herein on this date.

14

15          I declare under penalty of perjury, according to the laws of the State of California, that the
    foregoing is true and correct.

16          Executed this 12/27, 2017 at Los Angeles, California

17

18

19

20

21          _____
            **Gideon Kracov**

22

23

24

25

26

27

28