Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Arthur Pugsley (State Bar No. 252200)
Melissa Kelly (State Bar No. 300817)
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Tel: (310) 394-6162
Fax: (310) 394-6178
Email: arthur@lawaterkeeper.org
Email: melissa@lawaterkeeper.org

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AJAX FORGE CO., a corporation,<br><br>Defendants. | Case No. 2:17-cv-02066-ODW-GJS<br><br>**JOINT NOTICE OF LODGING AND REQUEST TO ENTER [PROPOSED] CONSENT DECREE**<br><br>**[PROPOSED] CONSENT DECREE SUBMITTED HEREWITH** |

**TO THE HONORABLE COURT:**

On or about December 27, 2017, Plaintiff LOS ANGELES WATERKEEPER ("Waterkeeper" or "Plaintiff") and Defendant AJAX FORGE CO. ("Ajax" or "Defendant") in the above captioned matter (collectively the "Parties") jointly notified the Court of the settlement of this federal Clean Water Act matter. See ECF Doc. No. 25.

The Parties further advised the Court that, as required by the Clean Water Act and its implementing regulations, Plaintiff had submitted the [Proposed] Consent Decree to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of the EPA and the United States Attorney General Citizen Suit Coordinator (collectively "the Agencies") for the Agencies' required 45-day review under 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5. The Court has set March 7, 2018 as the deadline to explain whether any of the Agencies objects, and to lodge the [Proposed] Consent Decree. See ECF Doc. No. 26.

On February 23, 2018, the Agencies notified the Court and the Parties that they had reviewed the [Proposed] Consent Decree and that they did not object to entry of the [Proposed] Consent Decree. See ECF Doc. No. 27.

The [Proposed] Consent Decree is lodged hereto as Exhibit A for the Court's consideration and requested entry on page 25. Among other things, the [Proposed] Consent Decree ¶¶ 15, 17 and 21 require stormwater best management practices at Defendant's facility that is the subject of this case, designed to meet applicable water quality standards for stormwater run-off. The [Proposed] Consent Decree includes a request in ¶ 42 that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary. The [Proposed] Consent Decree term is for three years subject to the conditions set forth in ¶¶ 8-12.

///

The Parties respectfully request that the Court enter the [Proposed] Consent Decree.

Dated: February 23, 2018          LAW OFFICE OF GIDEON KRACOV

By: _____
Gideon Kracov
Attorney for Plaintiff
Los Angeles Waterkeeper

Dated: February 23, 2018          MICHEL & ASSOCIATES

By:
/s/ per Local Rule 5-4.3.4
_____
W. Lee Smith
Attorney for Defendant Ajax Forge Co.

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Case 2:17-cv-02066-ODW-GJS   Document 28   Filed 02/23/18   Page 4 of 5   Page ID #:243

# **PROOF OF SERVICE**

1

2  I, Gideon Kracov, being duly sworn, deposes and says:

3  I am a citizen of the United States and work in Los Angeles County, California. I am over the age of eighteen years and am not a party to the within entitled action. My business address is: 801 S. Grand Ave., 11th Fl., LA, CA 90017. On 2/23/18, I served this list of persons with the following document(s): **Notice Lodging Proposed Consent Decree**

4

5

6  The document(s) was served on:

7  W Lee Smith

8  Michel & Assoc.
180 E. Ocean Bl. Suite 120

9  Long Beach, CA 90802

10  LSMITH@MICHELLAWYERS.COM

11  ATTY FOR Ajax Forge Co.

12

13  _X_   by transmitting via electronic mail the document(s) listed above to the e-mail addresses set forth herein on this date.

14

15  I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

16  Executed this 2/23, 2018 at Los Angeles, California

17

18

19

20

21  **Gideon Kracov**

22

23

24

25

26

27

28